## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **MARCUS INGRAM, Individually,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 1:19-cv-02660-JPB** |
| | : | |
| **SPONDIVITS REAL ESTATE, LLC** | : | |
| **A Domestic Limited Liability Company** | : | |
| | : | |
| **Defendant.** | : | |

## <u>STIPULATION OF DISMISSAL</u>

Plaintiff Marcus Ingram and Defendant Spondivits Real Estate LLC submit this joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  This matter has been settled and therefore all claims pending or threatened in this matter are hereby dismissed WITH PREJUDICE.

Plaintiff Marcus Ingram hereby further agrees that he will not bring another claim against Defendant for any ADA violations at the restaurant located at 1219 Virginia Ave, East Point, Georgia.

Respectfully submitted this 18th day of May  2020.

/s/ Pete M. Monismith                          /s/ Robert A. Falanga

| | |
|---|---|
| Pete M. Monismith, Esq.<br>GA Bar 941228<br>Pete M. Monismith, P.C.<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com<br>**Attorney for Plaintiff** | Robert A. Falanga, Esq.<br>11200 Atlantis Place<br>Suite C<br>Alpharetta, Georgia 30022<br>(770) 955-0006<br>Robert@FalangaLaw.com<br>**Attorney for Defendant** |